IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MITCHELL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:17-cv-01572-MEM ) ) |
| CALGON CARBON CORPORATION, RANDALL S. DEARTH, TIMOTHY GLENN RUPERT, WILLIAM R. NEWLIN, LOUIS S. MASSIMO, JULIE S. ROBERTS, WILLIAM J. LYONS, J. RICH ALEXANDER, DONALD C. TEMPLIN, and JOHN J. PARO, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Daniel Mitchell hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment and before a class has been certified, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  December 11, 2017

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017

Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

*Counsel for Plaintiff*